IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT S. EVANS, : | |
| Administrator of the Estate : | |
| of Damon Sheron Rush, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 15-1839 |
| UNITED STATES OF AMERICA, : | |
| et al., : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW**, this __8th___ day of November, 2017, upon consideration of Defendant United States of America's Motion in Limine to Restrict Testimony of Drs. Freese, Hellman, Manion, and Ingram (ECF No. 78), Plaintiff's response thereto (ECF No. 90), and Defendant's Reply (ECF No. 92), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Motion is **DENIED** as it relates to Defendant's request that the Court exclude the opinion of Andrew Freese, M.D.;

2. The Motion is **GRANTED** as it relates to Defendant's request that the Court exclude the opinion of Fredric N. Hellman, M.D., regarding the causal link between Decedent's death and the 2013 accident;

3. The Motion is **DENIED** as it relates to Defendant's request that the Court exclude the opinion of William L. Manion, M.D.; and

4. The Motion is **DENIED** as it relates to Defendant's request that the Court exclude the opinion of William T. Ingram, M.D.[1]

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum dated November _____, 2017.